PROB. 12B
(7/93)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2006

at 3 o'clock and 26 min. PM
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: FRANCIS K. SIMEONA      Case Number: CR 03-00436SOM-01

Name of Sentencing Judicial Officer:  The Honorable Susan Oki Mollway
                                      U.S. District Judge

Date of Original Sentence: 4/26/2004

Original Offense:    Count 1: POSSESSION OF A FIREARM BY A PERSON
                     PREVIOUSLY CONVICTED OF A MISDEMEANOR CRIME
                     OF DOMESTIC VIOLENCE, in violation of 18 U.S.C. §§ 922(g)(9)
                     and 924(a)(2), a Class C felony

                     Count 2: POSSESSION OF AMMUNITION BY A PERSON
                     PREVIOUSLY CONVICTED OF A MISDEMEANOR CRIME OF
                     DOMESTIC VIOLENCE, in violation of 18 U.S.C. §§ 922(g)(9)
                     and 924(a)(2), a Class C felony

Original Sentence:   Eighteen (18) months imprisonment to be followed by three (3)
                     years supervised release as to each count to be served
                     concurrently, with the following special conditions: (1) That the
                     defendant participate in a substance abuse program, which may
                     include drug testing at the discretion and direction of the Probation
                     Office; (2) That the defendant is prohibited from possessing any
                     illegal or dangerous weapons; (3) That the defendant provide the
                     Probation Office access to any requested financial information;
                     (4) That the defendant participate in a mental health program at the
                     discretion and direction of the Probation Office; and (5) That the
                     defendant is prohibited from the possession and use of alcohol.

Type of Supervision: Supervised Release    Date Supervision Commenced: 8/1/2005

### PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

Prob 12A
(10/94)

2

**General Condition:** *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Special Condition No. 1 | On 9/19/2005, 11/7/2005, and 1/11/2006, the subject failed to provide urine specimens as instructed. |

U.S. Probation Officer Action:

The subject began his term of supervised release on 8/1/2005. The subject has remained in compliance with the requirements of supervision except as follows:

On 9/19/2005, 11/7/2005, and 1/11/2006, the subject failed to appear for drug testing as instructed. Upon being questioned about these stalls, the subject admitted that all three stalls were due to his irresponsibility.

The subject has been warned that future stalls will not be tolerated and will be reported to the Court with a recommendation for increased sanctions.

However, based upon the subject's continued participation in the Freedom Recovery Services (FRS) drug program, it is recommended that the Court take no action on the violation. In order to impress upon the subject the importance of providing urine specimens, the subject will be required to remain in the highest level of urine testing for an additional 2 months. Additionally, in light of U.S. vs. Stephens, it is recommended that the Court amend the mandatory Violent Crimes Control Act drug testing condition as noted above. The subject has a substantial history of marijuana and alcohol abuse. The modification of this mandatory condition will enable the Probation Office to monitor the subject and protect the community by having the authority to conduct random drug testing when deemed necessary.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The

Prob 12A
(10/94)

3

subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

*[signature]*

MARK T. NUGENT
U.S. Probation Officer

Approved by:

*[signature]*

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 2/8/2006

---

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*
SUSAN OKI MOLLWAY
U.S. District Judge

2/8/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

*That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____            Signed: _____
MARK T. NUGENT                                                    FRANCIS K. SIMEONA
U.S. Probation Officer                                               Supervised Releasee

2/6/06
Date